Albert E. CRABTREE and Claire C. Crabtree, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

John J. O'KEEFE, Jr., and Lucile E. O'Keefe, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 200, 201, Dockets 23248, 23249.

United States Court of Appeals Second Circuit.

Argued April 11, 1955.

Decided April 25, 1955.

Thomas L. Zimmerman, New York City, for petitioners.

Meyer Rothwacks, Sp. Asst. to Atty. Gen. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before CLARK, Chief Judge, and FRANK and HASTIE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Raum, 22 T.C. 61.

Austin F. McFEE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 13482.

United States Court of Appeals Ninth Circuit.

April 29, 1955.

Harold S. Purdy, Coeur d'Alene, Idaho, J. F. Emigh, Butte, Montana, Elden McFarland, Washington, D. C., James P. Keane, Wallace, Idaho, for appellant.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, John H. Mitchell, Joseph M. Howard, Joseph F. Goetten, Sp. Assts. to Atty. Gen., Sherman F. Furey, Jr., U. S. Atty., Boise, Idaho, for appellee.

Before MATHEWS, HEALY and ORR, Circuit Judges.

PER CURIAM.

As required by the Supreme Court's order of January 10, 1955, 348 U.S. 905, 75 S.Ct. 311, we have considered this case in the light of Holland v. United States, 348 U.S. 121, 75 S.Ct. 127; Friedberg v. United States, 348 U.S. 142, 75 S.Ct. 138; Smith v. United States, 348 U.S. 147, 75 S.Ct. 194; and United States v. Calderon, 348 U.S. 160, 75 S. Ct. 186, and have concluded that our decision of August 24, 1953, 206 F.2d 872, was correct. The District Court's judgment is, therefore, again affirmed.